# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| ANNE FULLINGTON, individually and on behalf of all other similarly situated individuals, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:22-cv-03136 |
| UPTOWN TAVERN, LLC, an Illinois Limited Liability Company ) ) ) ) | |
| Defendants. ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter is before the Court on the Parties' Joint Motion for Court Approval of Settlement Agreement and for Order of Dismissal with Prejudice (d/e 8).  The motion is hereby GRANTED.  The Court approves the Parties' settlement agreement and the distribution of the settlement amounts to the Plaintiffs.  The Court also approves the attorneys' fees and litigation costs to Plaintiffs' counsel as requested in the settlement agreement.  This case is dismissed with prejudice.  CASE CLOSED.

**IT IS SO ORDERED.**
**ENTERED:  November 17, 2022.**
**FOR THE COURT:**

                                                   */s/ Sue E. Myerscough*
                                                   **SUE E. MYERSCOUGH**
                                                   **UNITED STATES DISTRICT JUDGE**